NOT FOR PUBLIC VIEW 

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE RESIDENCE OF TRORICE CRAWFORD<br>LOCATED AT 4078 34TH STREET,<br>SAN DIEGO, CA 92104 | ) ) ) ) ) ) | Case No. **19MJ3464** |

FILED
SEP 27 2019
CLERK U S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  **Southern**  District of  **California**
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, which is incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   **August 29, 2019**   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: **8/16/19  7:58 am**                     _____
                                                                                                                     *Judge's signature*

City and state: **San Diego, California**                    **Hon. Allison Goddard, U.S. Magistrate Judge**
                                                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19MJ3464 | Date and time warrant executed: 08/16/2019 2000 | Copy of warrant and inventory left with: Trorice Crawford, Bertha Cardona |
| Inventory made in the presence of: SA William McHugh | | |
| Inventory of the property taken and name of any person(s) seized: | | |

(1) white colored thumb drive - Baker and McKenzie

(1) gold/white colored Apple IPAD serial # DLXSG5K4HGC5

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/24/19

_____
Executing officer's signature

Jacob Dye - Special Agent DCIS
*Printed name and title*

# ATTACHMENT A

## PREMISES TO BE SEARCHED

The property to be searched is 4078 34th Street, San Diego, CA 92104, further described as the left-side of a one-level tan in color residential duplex. Photographs of the SUBJECT PREMISES are included below.





# ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

1. The evidence to be searched for and seized concerns evidence, contraband, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 1343 (wire fraud), 1349 (conspiracy to commit wire fraud), 1956 (conspiracy to commit money laundering) and 1028A (aggravated identity theft), committed between July 1, 2014, and August 6, 2019 is described as follows:

  a. Communications, papers, records and information relating to a conspiracy to defraud victims with a military association (those on active duty, reservists, retired service members, military spouses, and military dependents) (hereafter "military-affiliated individuals");

  b. Communications, records and information relating to access of military-affiliated individuals' computers, bank accounts, veterans benefits accounts and other government-benefits accounts, and/or government-benefits program websites (e.g., DS Logon or eBenefits);

  c. Records and information relating to financial transactions using funds obtained from victim bank accounts;

  d. Records and information relating to financial transactions concerning the remittance of stolen funds via money transfers (e.g. Western Union, MoneyGram, etc.) to foreign entities;

  e. Records and information relating to the following e-mail accounts, their ownership and control, and use of the email accounts to further illicit activities: brown.fredrick@gmail.com (associated with BROWN); fastcask2k10@aol.com and

32

cashmirepurple@gmail.com (associated with CRAWFORD); and ctm1172@gmail.com, bolingjunior@gmail.com, and wayneboling0600@gmail.com (associated with BOLING) ;

      f.    Communications with the e-mail accounts listed above in paragraph 1.e. or other e-mail accounts linked to other co-conspirators concerning the SUBJECT OFFENSES;

      g.    Records and information exchanged via Facebook Messenger or stored in Dropbox accounts (or other cloud storage accounts) of the co-conspirators concerning stolen PII and other aspect of the conspiracy to defraud military-affiliated individuals;

      h.    Records and information relating to the identity or location of the suspects and other accomplices/co-conspirators;

      i.    Records and information relating to communications with Internet Protocol (IP) address 120.29.124.34 or any other IP address who initial 5 digit numerical label resolves to 120.29.

      j.    Records and information relating to the un authorized access and/or theft of electronic health records of military-affiliated individuals and/or the Armed Forces Health Longitudinal Technology Application (AHLTA);

      k.    Records and information relating to malicious software.

      l.    Routers, modes, and network equipment used to connect digital devices to the Internet;

      m.    Any digital device used to facilitate the above-listed violations and forensic copies thereof;

      n.    Any digital device capable of storing or containing the documents, records, and communications mentioned in items a through j above;

      o.    With respect to any seized digital device, the following information is also to be seized:

          i.    evidence of who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, e-mail, e-mail contacts, chat and instant messaging logs, photographs, and correspondence;

          ii.    evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

          iii.    evidence of the attachment to the device of other storage devices or similar containers for electronic evidence;

          iv.    evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device;

          v.    evidence indicating how and when the device was accessed or used to determine the chronological context of device access, use, and events relating to crime under investigation and to the device user;

          vi.    evidence indicating the device user's state of mind as it relates to the crime under investigation;

          vii.    evidence of the times the device was used;

          viii.    passwords, encryption keys, biometric keys, and other access devices that may be necessary to access the device;

     ix. applications, utility programs, compilers, interpreters, or other software, as well as documentation and manuals, that may be necessary to access the device or to conduct a forensic examination of it;

     x. records or information about Internet Protocol addresses used by the device;

     xi. records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

     xii. contextual information necessary to understand the evidence described in this attachment.

  2. The seizure and search of digital devices shall follow the procedures outlined in the supporting affidavit. Deleted data, remnant data, slack space, and temporary and permanent files on the digital devices may be searched for the evidence above.

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
AUG 16 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. **19MJ3464**
)
THE RESIDENCE OF TRORICE CRAWFORD )
LOCATED AT 4078 34TH STREET, )
SAN DIEGO, CA 92104 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is incorporated by reference.

located in the ___Southern___ District of ___California___ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, which is incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343, 1349, 1956, 1028A | Wire fraud; conspiracy to commit wire fraud; conspiracy to commit money laundering; and aggravated identity theft. |

The application is based on these facts:
See Affidavit of Department of Defense Special Agent Jacob W. Dye, which is hereby inorporated by reference and made part hereof.

☑ Continued on the attached sheet.
☑ Delayed notice of ___30___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

JACOB DYE, Special Agent, DCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8/16/19__

*Judge's signature*

City and state: San Diego, California          Hon. Allison Goddard, U.S. Magistrate Judge
*Printed name and title*